UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WINNER CHEVROLET, INC.,
a California corporation,
DAVID GARD and STEPHANIE
GARD,

                   Plaintiffs,

   v.

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY, ZURICH
DIRECT UNDERWRITERS, ZURICH
AMERICAN INSURANCE COMPANY,
and DOES 1 through 30,

                   Defendants.

                                                  /

NO. CIV. S-08-539 LKK/JFM

O R D E R

In light of the amended complaint filed on May 5, 2008, the motion to dismiss is DENIED without prejudice to refiling.

IT IS SO ORDERED.

DATED: May 13, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1