1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL R. DAVISSON  Bar No. 83278
2  CALVIN S. WHANG  Bar No. 215945
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   michael.davisson@sdma.com
4  calvin.whang@sdma.com

5  Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
6  Attorneys for Defendant
   UNIVERSAL UNDERWRITERS INSURANCE
7  COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| 12 | WINNER CHEVROLET, INC. a California Corporation, DAVID GARD and STEPHANIE GARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, ZURICH DIRECT UNDERWRITERS, ZURICH AMERICAN INSURANCE COMPANY, and DOES 1 through 30,<br><br>Defendants. | Case No. 2:08-cv-00539-LKK-JFM<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**<br><br>[Placer County Superior Court Case No. SCV022429] |
|---|---|---|

22     Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Winner

23  Chevrolet, Inc. ("Plaintiff") and Defendant Universal Underwriters Insurance Company

24  ("Defendant"), by and through their respective counsel, hereby stipulate that the entirety of

25  Plaintiff's complaint and claims against Defendant in this action are hereby dismissed with

26  prejudice and that each party shall bear its own costs and attorneys' fees.

27

28

LA/854141v1
                                            -1-
                          STIPULATED DISMISSAL WITH PREJUDICE
PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  November 14, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                     By: /s Michael R. Davisson
                                          Michael R. Davisson
4                                         Attorneys for Defendant
                                          UNIVERSAL UNDERWRITERS INSURANCE
5                                         COMPANY

6
   DATED:  November 14, 2008        THE LAW OFFICES OF DAVID E. FRANK
7

8
                                    By: /s David E. Frank
9                                       David E. Frank
                                        Attorneys for Plaintiff
10                                      WINNER CHEVROLET, INC.

11
                                **O R D E R**
12
        Based upon the stipulation of the parties and for good cause appearing, Plaintiff Winner
13
   Chevrolet, Inc.'s ("Plaintiff") complaint and claims against defendant Universal Underwriters
14
   Insurance Company ("Defendant") are hereby dismissed with prejudice.  Each party shall bear
15
   their own costs and attorney's fees.
16
        **IT IS SO ORDERED.**
17

18
        Dated:  November 18, 2008
19

20

21
                                    _____
22                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
23                                  UNITED STATES DISTRICT COURT

24

25

26

27

28

LA/854141v1
                                         -2-
                          STIPULATED DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On November 14, 2008, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| David E. Frank , Esq.<br>Gregory W. Koonce, Esq.<br>Brett E. Rosenthal, Esq.<br>THE LAW OFFICES OF DAVID E. FRANK<br>1517 Lincoln Way, Courthouse Plaza<br>Auburn, CA  95603 | Attorney for Plaintiff Winner Chevrolet, Inc.<br><br>Tel:  (530) 887-8585<br>Fax: (530) 887-8586 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on November 14, 2008, at Los Angeles, California.

            s/ Karla Uria            
                Karla Uria

LA/854141v1